PROB 12C
(7/93)

Report Date: May 25, 2011

**United States District Court**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**for the**

MAY 25 2011

**Eastern District of Washington**

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: James Paul Saban                Case Number: 2:09CR00040-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: 3/4/2003

Original Offense:         Conspiracy to Launder Money, 18 U.S.C. § 1956(a)(1)(B)(I)

| | | |
|---|---|---|
| Original Sentence: | Prison - 115 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: 3/9/2009 |
| Defense Attorney: | Roger Peven | Date Supervision Expires: 3/8/2012 |

---

**PETITIONING THE COURT**

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1

**Standard Condition # 6:** The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

**Supporting Evidence:** On April 25, 2011, Mr. Saban moved to 2400 N. Craig Road in Airway Heights, Washington. He entered a 12 month residential treatment program through Teen Challenge Northwest, and reported the facility as his residence.

According to the admissions director, Mike Boyd, Mr. Saban left the facility on May 20, 2011, and has not returned. The undersigned officer has attempted to contact him via telephone without success.

Mr. Saban has failed to report a change in residence as directed. His current whereabouts are unknown.

Prob12C
Re:  Saban, James Paul
May 25, 2011
Page 2

2        **Standard Condition #4**: You shall undergo a substance abuse evaluation as directed by the supervising probation officer, and if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare.  You shall allow full reciprocal disclosure between the probation officer and treatment provider.  You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer.

        **Supporting Evidence**: On April 21, 2011, it was recommended by Pioneer Human Services that Mr. Saban would benefit from long term residential treatment.  On April 25, 2011, Mr. Saban entered into a 12 month residential treatment program through Teen Challenge Northwest.  Mr. Saban aborted treatment on May 20, 2011.  He has failed to successfully complete substance abuse treatment.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/25/2011

s/Matthew L. Thompson

Matthew L Thompson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

May 25, 2011
Date